**Gregory R. BOZE and Sheryl Boze, Appellants,**

v.

**COUNTY OF MACON, Missouri and Stephen E. Petre, Respondents.**

**No. WD 45677.**

Missouri Court of Appeals,
Western District.

Feb. 9, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 30, 1993.

Application to Transfer Denied
May 25, 1993.

Charles A. Powell, Jr., Macon, for appellants Gregory R. and Sheryl Boze.

Gerald E. Roark, Hendren and Andrae, Jefferson City, for respondent County of Macon, Missouri.

Jeffrey O. Parshall and Susan Ford Robertson, Knight, Ford, Wright, Atwill, Parshall & Baker, Columbia, for respondent Petre.

Before BERREY, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM.

Plaintiffs Gregory R. Boze and Sheryl Boze appeal from a jury verdict for defendants in a case arising out of a collision between a vehicle driven by Mr. Boze and a road grader operated by an employee of Macon County.

Judgment affirmed. Rule 84.16(b).